# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Jerry Santistevan,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Megan Thompson, et al.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-00306-CDS-BNW<br><br>**ORDER** |

On November 25, 2024, the Court issued an order directing Plaintiff to file his current address with the Court by December 27, 2024. (ECF No. 7.) However, the Court's order came back as undeliverable, with a note that Plaintiff is currently housed at Northern Nevada Correctional Center ("NNCC"). (ECF No. 8.)

This Court's local rules require a pro se party to "immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.

In light of the note that Plaintiff is currently housed at NNCC, the Court will send a courtesy copy of this order to Plaintiff at NNCC. The Court will also extend the deadline for Plaintiff to file his updated address with the Court until **January 2, 2025**. If Plaintiff does not update the Court with his current address by that deadline, this case will be subject to dismissal without prejudice.

IT IS THEREFORE ORDERED that Plaintiff shall file his updated address with the Court by **January 2, 2025**.

IT IS FURTHER ORDERED that failure to comply with this order will subject this case to dismissal without prejudice.

1 | IT IS FURTHER ORDERED that the Clerk of Court send a courtesy copy of this order to Plaintiff at Northen Nevada Correctional Center.

DATED: December 2, 2024.

_____
Brenda Weksler
United States Magistrate Judge